Orzell Billingsley, Jr., Peter A. Hall and J. Mason Davis, Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., and Chas. H. Younger, City Atty., Huntsville, for appellee.

CATES, Judge.

This appeal is controlled by Pearson v. City of Huntsville, ante p. 458, 168 So.2d 24, this day decided.

Reversed and remanded.

■

162 So.2d 616

**Edgar Lowell HARDIN**

v.

**STATE.**

6 Div. 907.

Court of Appeals of Alabama.

May 14, 1963.

Application for Rehearing Stricken

Oct. 8, 1963.

Robt. V. Wooldridge, Jr., Tuscaloosa, for appellant.

Richmond M. Flowers, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.

Petition for certiorari stricken by Supreme Court, 162 So.2d 616 (6 Div. 36).

■

174 So.2d 705

**Henry HICKERSON**

v.

**STATE.**

8 Div. 987.

Court of Appeals of Alabama.

Dec. 15, 1964.

Rehearing Denied Jan. 12, 1965.

Henry Hickerson, pro se.

Richmond M. Flowers, Atty. Gen., for the State.

JOHNSON, Judge.

Affirmed.

168 So.2d 26

**Aillean HORTON**

v.

**CITY OF HUNTSVILLE.**

8 Div. 857.

Court of Appeals of Alabama.

Oct. 6, 1964.

Orzell Billingsley, Jr., Peter A. Hall and J. Mason Davis, Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., and Chas. H. Younger, City Atty., Huntsville, for appellee.